CHARLIE PARSLEY, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 10, 1942.

Wharton Noble for movant.

Hubert Meredith, Attorney General, Harry D. France, Assistant Attorney General, and Willie Rice, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

PAINTSVILLE HOSPITAL COMPANY, Movant, v. WARREN DANIEL, Opposed.

Court of Appeals of Kentucky.

Feb. 24, 1942.

Wells & Wells for movant.

Harrington & Harrington, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

ALL STATES LIFE INSURANCE COMPANY, Movant, v. SIDNEY WRIGHT, Opposed.

Court of Appeals of Kentucky.

March 3, 1942.

Waller & Threlkeld for movant.

McDonald & Boaz, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.